Thomas Murcott et al., Composing the Firm of Murcott & Campbell, Respondents, v. The City of New York, Appellant.

Reported below, 152 App. Div. 911.
(Submitted February 24, 1913; decided March 4, 1913.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 17, 1912, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover for damages to

plaintiffs' property arising from water flowing thereon through an overflow from defendant's sewers.

The motion was made upon the ground that the appeal was unauthorized, the affirmance by the Appellate Division having been unanimous and permission to appeal not having been obtained.

*J. Stewart Ross* for motion.

*Archibald R. Watson,* ·Corporation Counsel (*James D. Bell* of counsel), opposed.

Motion denied, with ten dollars costs.